442 A.2d 350

Commonwealth v. Henderson, Appellant.

Submitted May 26, 1981.
Ronald J. Harper, for appellant;  Mark Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Judgments of sentence affirmed.